IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DIANE SPARKS                                                                          PLAINTIFF

VS.                                                       CAUSE NO.: 1:08CV216-SA-JAD

REGION VII MENTAL HEALTH–
MENTAL RETARDATION COMMISSION
also known as COMMUNITY COUNSELING SERVICES,
JACKIE EDWARDS, INDIVIDUALLY, AND DAVID
WINFIELD, INDIVIDUALLY                                                    DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) Defendant RegionVII–Mental Health Retardation Commission, a/ka/ Community Counseling Services, and Jackie Edwards' Motion for Summary Judgment [55] is DENIED as to Plaintiff's First Amendment retaliation claim and GRANTED as to Plaintiff's malicious interference claim against Jackie Edwards;

(2) Defendant David Winfield's Motion for Summary Judgment [50] is GRANTED.

SO ORDERED, this the 27th day of October, 2009.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**